# Court of Appeals
# of the State of Georgia

ATLANTA,  June 25, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1635.  WALTER JIMMY BROWN v. THE STATE.**

In 2008, Walter Jimmy Brown entered a negotiated plea to several counts of armed robbery and kidnapping.  He was sentenced to a total of 20 years. In 2018, Brown filed a motion to vacate his sentence, arguing that his sentence was void under *Garza v. State*, 284 Ga. 696 (670 SE2d 73) (2008), which redefined the asportation element of kidnapping.  The trial court denied his motion, and Brown filed this direct appeal.  We, however, lack jurisdiction.

A direct appeal may lie from an order denying or dismissing a motion to vacate a void sentence, but only if the defendant raises a colorable claim that the sentence is, in fact, void.  See *Harper v. State*, 286 Ga. 216, 217 n.1 (686 SE2d 786) (2009); *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009). "Motions to vacate a void sentence generally are limited to claims that – even assuming the existence and validity of the conviction for which the sentence was imposed – the law does not authorize that sentence, most typically because it exceeds the most severe punishment for which the applicable penal statute provides." *von Thomas v. State*, 293 Ga. 569, 572 (2) (748 SE2d 446) (2013).  Here, Brown's argument is a challenge to his convictions, not to his sentence.  Accordingly, this appeal is hereby DISMISSED. See *Harper*, 286 Ga. at 218 (2).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __06/25/2018_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*